| U.S. Department of Justice <br> United States Marshals Service | RECEIVED <br> U.S. MARSHAL <br> 2021 JUN -1 PM 2:02 <br> MIDDLE DIST. OF FLORIDA <br> TAMPA | PROCESS RECEIPT AND RETURN <br> See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|---|
| PLAINTIFF <br> United States of America | | COURT CASE NUMBER <br> 3:19-cv-1139-BJD-MCR |
| DEFENDANT <br> $121,180.00 in United States Currency | | TYPE OF PROCESS <br> Consent Final Judgment of Forfeiture |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** | |
| **AT** | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| Bonnie A. Glober, Assistant United States Attorney <br> United States Attorneys Office <br> 300 N. Hogan Street, Suite 700 <br> Jacksonville, Florida 32202 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

19-DEA-649159  Pursuant to entry of the Consent Final Judgment of Forfeiture, and pursuant to the terms of the Stipulated Settlement Agreement, please release the sum of $60,590.00 to Claimant, Alton Smith, and deposit the remaining $60,590.00 into the DOJ Asset Forfeiture Fund in accordance with the law.

| Signature of Attorney other Originator requesting service on behalf of: <br> /s/ Bonnie A. Glober | [X] PLAINTIFF <br> [ ] DEFENDANT | TELEPHONE NUMBER <br> (904) 301-6300 | DATE <br> 5/25/21 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process <br> 1 | District of Origin <br> No. 18 | District to Serve <br> No. 18 | Signature of Authorized USMS Deputy or Clerk | Date <br> 6/1/21 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date <br> 6/16/21 | Time | [ ] am <br> [ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS   5/17/21 Deposited $60,590.00 into the AFF
6/3/21 Returned $60,590.00 to claimant Alton Smith

2021 JUN 28 AM 11:04  FILED  U.S. DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

Form USM-285
Rev. 03/21